# United States District Court

DISTRICT OF _____ MASSACHUSETTS

| | |
|---|---|
| JANEL RUSSELL DESIGNS, INC. | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: |
| BARMAKIAN METRO, INC. | 04 10821 RGS |

TO: (Name and address of defendant)

Barmakian Metro, Inc.
333 Washington Street
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark A. Pogue, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK [signature]

DATE: APR 26 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 26, 2004 |
| NAME OF SERVER (PRINT) John F Keogh | TITLE Disinterested Party |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): Served in hand to Diuran Barmakian as Agent for Service/Partner at the offices of Barmakian Metro Inc 333 Washington St Boston MA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 40.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 29, 2004
         Date

Signature of Server

36 Georganna St
Address of Server
Braintree MA 02184

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.