UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANEL RUSSELL DESIGNS, INC. | : |
| Plaintiff, | : |
| v. | :    C.A. No. 04-10821-RGS |
| BARMAKIAN METRO, INC., | : |
| Defendant. | : |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as co-counsel for Plaintiff, along with Mark A. Pogue, who is already counsel of record.

*/s/ Brian H. Lamkin*
Brian H. Lamkin (BBO# 635688)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444
FAX (617) 439-4170

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2004, a copy of the foregoing was served by hand on:

Michael Grace, Esq.
Adler, Pollack & Sheehan
175 Federal Street, 12th Floor
Boston, MA  02110

*/s/ Brian H. Lamkin*
Brian H. Lamkin (BBO# 635688)

BOS_443912.1/BLAMKIN