UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANEL RUSSELL DESIGNS, INC.  :  <br>  :  <br>Plaintiff,  :  <br>  :  <br>v.  :   C.A. No. 04-10821-RGS <br>  :  <br>BARMAKIAN METRO, INC.,  :  <br>  :  <br>Defendant.  :  | |

### EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to F. R. Civ. P. 65, plaintiff Janel Russell Designs, Inc. hereby moves for a temporary restraining order prohibiting defendant Barmakian Metro, Inc. (including its officers, directors, employees, agents, and all others acting in concert with it), until further order of the Court, from purchasing, selling, marketing or making any jewelry or other products which embody or utilize plaintiff's copyrighted Mother And Child design, a photograph of which appears in Exhibit A of the Verified Complaint in this matter.

JANEL RUSSELL DESIGNS, INC.,
By its Attorneys,

Mark A. Pogue (BBO# 550807)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200
FAX (401) 276-6611

Brian H. Lamkin (BBO# 635688)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444
FAX (617) 439-4170

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on April 29, 2004, Mark A. Pogue, counsel for Plaintiff, conferred with Michael Grace, counsel for Defendant, who assented to the entry of the proposed order submitted herewith.

_____
Brian H. Lamkin (BBO# 635688)

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2004, a copy of the foregoing was served by hand on:

> Michael Grace, Esq.
> Adler, Pollack & Sheehan
> 175 Federal Street, 12th Floor
> Boston, MA 02110

_____
Brian H. Lamkin (BBO# 635688)