UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANEL RUSSELL DESIGNS, INC.          :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :    C.A. No. 04-10821-RGS
                                      :
BARMAKIAN METRO, INC.,                :
                                      :
        Defendant.                    :

### ASSENTED-TO ORDER

By agreement of the parties, defendant Barmakian Metro, Inc. ("Barmakian"), its officers, directors, employees, agents, affiliates (including Barmakian Fils, Inc. of Nashua, New Hampshire) and all others acting in concert with it is hereby restrained and enjoined, until further Order of this Court, from making, purchasing, advertising or selling any jewelry or other product which embodies or utilizes plaintiff's copyrighted Mother And Child design, a photograph of which appears in Exhibit A of the Verified Complaint in this matter.

By agreeing to the entry of this Order, Barmakian does not admit to any liability in this matter, and does not concede that plaintiff has a reasonable likelihood of success on the merits.

SO ORDERED THIS 5TH DAY OF _May_____, 2004.

_____William G. Young_____
United States District Judge