UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| JANEL RUSSELL DESIGNS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARMAKIAN METRO, INC., )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 04-10821-RGS |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of the undersigned as counsel for the Defendant Barmakian Metro, Inc.

        BARMAKIAN METRO, INC.,

        By its attorneys,

        /s/ Richard M. Gilbert
        Richard M. Gilbert (BBO #552823)
        ADLER POLLOCK & SHEEHAN PC
        175 Federal Street
        Boston, MA 02110
        (617) 482-0600 (Telephone)
        (617) 482-0604 (Fax)

Date: May 14, 2004
*297431_1.doc*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on the attorneys of record for Plaintiff on this day, by first class mail, postage prepaid.

May 14, 2004                     /s/ Richard M. Gilbert
                                 Richard M. Gilbert

~CHGO1:30423619.v1                          2