UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| JANEL RUSSELL DESIGNS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARMAKIAN METRO, INC., <br><br> Defendant. | Civil Action No. 04-10821-RGS |

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The Plaintiff, Janel Russell Designs, Inc., and the Defendant Barmakian Metro, Inc., hereby stipulate and agree to extend the time within which the Defendant shall be required to file and serve a response to the Verified Complaint for a period of thirty (30) days, up to and including June 17, 2004.

| JANEL RUSSELL DESIGNS, INC. | BARMAKIAN METRO, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Mark A. Pogue | /s/ Richard M. Gilbert |
| Mark A. Pogue (BBO #550807) | Richard M. Gilbert (BBO #552823) |
| EDWARDS & ANGELL, LLP | ADLER POLLOCK & SHEEHAN PC |
| 2800 Financial Plaza | 175 Federal Street |
| Providence, RI 02903 | Boston, MA 02110 |
| (401) 274-9200 (Telephone) | (617) 482-0600 (Telephone) |
| (401) 276-6611 (Fax) | (617) 482-0604 (Fax) |

Date: May ___, 2004

*297431_1.doc*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing ANSWER was served on the attorneys of record for Plaintiff on this day, by first class mail, postage prepaid.

May 15, 2004                            /s/ Richard M. Gilbert
                                        Richard M. Gilbert