UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JANEL RUSSELL DESIGNS**
    Plaintiff

    v.                       CIVIL ACTION NO. 04-10821-RGS

**BARMAKIAN METRO, INC.**
    Defendant

**SETTLEMENT ORDER OF DISMISSAL**

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THE ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

            BY:   _____
                        /s/ Mary   H.  Johnson
                          Deputy Clerk

DATED: 9-15-04