UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| JANEL RUSSELL DESIGNS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARMAKIAN METRO, INC., <br><br> Defendant. | Civil Action No. 04-10821-RGS |

## STIPULATION OF DISMISSAL

The parties hereby stipulate, by their attorneys and pursuant to Fed.R.Civ.P. 41 (a)(1)(ii), that the entire action be dismissed with prejudice, without costs, and with all rights of appeal waived.

| PLAINTIFF | DEFENDANT |
|---|---|
| By its attorney, | By its attorney, |
| /s/ | /s/ |
| Mark Pogue (BBO #550807) <br> EDWARDS & ANGELL, LLP <br> 2800 Financial Plaza <br> Providence, RI 02903 <br> (401) 274-9200 | Michael J. Grace (BBO #205875) <br> Richard M. Gilbert (BBO #552823) <br> ADLER POLLOCK & SHEEHAN PC <br> 175 Federal Street <br> Boston, MA 02110 <br> (617) 482-0600 |

*311126_1.doc*